## No. 6463.

### Desire Gregoire vs. Judge Superior District Court et al.

The writ of prohibition will not be granted against an injunction, obtained by a third party, restraining the plaintiff in prohibition from doing certain acts, merely on the ground that such plaintiff had himself enjoined the public authorities from interfering with him in doing the same acts. Prohibition in such case will be granted only when the cross injunctions are between the same parties.

Appeal from the Superior District Court of New Orleans. Lynch, J.

*S. & B. W. Belden* for Plaintiff. Lynch, J., *in propria persona.*

Egan, J. Plaintiff applied for a perpetual writ of prohibition against the judge of the late Superior District Court and one Louis Balles on the ground that he had himself sued out on injunction against B. M. Turnbull, administrator of Commerce and the chief of police to restrain them from interfering with the sale by him, a private market man, of fresh fish, fresh meats, etc., which injunction

suit is alleged to be pending in this court on appeal, but that notwithstanding said appeal, and in disregard of it, Louis Balles had applied for and obtained from the judge of the Superior District Court an injunction restraining the said Gregoire from selling fresh fish, meats, etc.

Plaintiff relies upon the State ex rel. Larrieux *v.* Judge, etc., No. 5843, and State ex rel. Trilot *v.* Judge, etc., No. 5844, of this court. Those were cases of cross injunctions between the same parties, the case at bar is of distinct injunction between distinct parties. Prohibition will not lie. The jurisdiction of this court has not been invaded, nor that of the Superior District Court exceeded.

*Prohibition refused.*